

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DAVID W. CROMWELL, | § | No. 08-22-00129-CV |
| Appellant, | § | Appeal from the |
| v. | § | 143rd Judicial District Court |
| ANADARKO E & P ONSHORE, LLC, | § | of Loving County, Texas |
| Appellee. | § | (TC# 18-10-923) |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the trial court's judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and his sureties, if any, *see* TEX. R. APP. P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 4TH DAY OF AUGUST, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.